UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO PINEDA,                                No. C 15-4947 MEJ (PR)

    Petitioner,                         **JUDGMENT**

  v.

SANTA CLARA COUNTY SUPERIOR COURT,

    Respondent.
                                              /

Pursuant to the order of dismissal, judgment is entered in favor of respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 23, 2015

Maria-Elena James
United States Magistrate Judge